■ JOHN F. INNES, III, Appellant, v PUBLIC SERVICE MUTUAL INSURANCE COMPANY et al., Respondents. (Appeal No. 2.) — Order unanimously affirmed, without costs. Same memorandum as in *Innes v Public Serv. Mut. Ins. Co.* (Appeal No. 1.) (106 AD2d 899.) (Appeal from order of Supreme Court, Genesee County, Davis, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Green, O'Donnell and Moule, JJ.

■ In the Matter of CHRISTINE IRVINE, Individually and on Behalf of her Minor Child, LISA M. IRVINE, Petitioner, v CESAR PERALES et al., Respondents. — Proceeding unanimously dismissed, without costs, upon stipulation. (Article 78 proceeding transferred by order of Supreme Court, Orleans County, Miles, J.) Present — Hancock, Jr., J. P., Callahan, Green, O'Donnell and Moule, JJ.

■ M. S. EL SAWAH, Appellant, v STATE INSURANCE FUND, Respondent. — Order unanimously affirmed, without costs, for reasons stated at Special Term, Patlow, J. (Appeal from order of Supreme Court, Monroe County, Patlow, J. — summary judgment.) Present — Hancock, Jr., J. P., Callahan, Green, O'Donnell and Moule, JJ.